## PHYLLIS E. GILLIANS *v.* YODNA VIVANCO-SMALL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 207 (AC 32133), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mark F. Katz*, in support of the petition.

Decided June 30, 2011

## HERMAN DIAZ *v.* COMMISSIONER OF CORRECTION

The petitioner Herman Diaz' petition for certification for appeal from the Appellate Court, 128 Conn. App. 901 (AC 32356), is denied.

*Richard C. Marquette*, special public defender, in support of the petition.

*Melissa Streeto*, assistant state's attorney, in opposition.

Decided June 30, 2011

## ANDRE JOSEPH *v.* ADMINISTRATOR, UNEMPLOYMENT COMPEN- SATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 127 Conn. App. 411 (AC 32033), is denied.

*Andre Joseph*, pro se, in support of the petition.

*Richard T. Sponzo*, assistant attorney general, in opposition.

Decided July 6, 2011